UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| | : | |
| v. | : | Mag. No. 12-2573 (DEA) |
| | : | |
| TONY F. MACK, | : | |
| a/k/a "Honey Fitz," | : | |
| a/k/a "the Little Guy," | : | |
| a/k/a "Napoleon," | : | |
| JOSEPH A. GIORGIANNI, | : | |
| a/k/a "JoJo," | : | |
| a/k/a "Mr. Baker," | : | |
| a/k/a "the Fat Man," and | : | |
| RALPHIEL MACK | : | CONTINUANCE ORDER |

This matter having come before the Court on the joint application of Paul J.
Fishman, United States Attorney for the District of New Jersey (by Eric W. Moran and Matthew
J. Skahill, Assistant U.S. Attorneys), and the above captioned defendants through their attorneys,
for an order granting a continuance of the proceedings in the above-captioned matter so that the
defendants will have additional time to consult with respective counsel, the opportunity to meet
with the Government to discuss the charges and review pre-indictment discovery and so that the
parties may discuss a pre-indictment resolution to this matter; and each defendant being aware
that he has the right to have the matter submitted to a grand jury within thirty days of the date of
his initial appearance pursuant to Title 18, United States Code, Section 3161(b); and each
defendant, whose attorney has signed below, having consented to the continuance and waived
such right; and this being the first continuance sought by the parties, and for good cause shown;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)     Each defendant, whose attorney has signed below, through his counsel, has requested additional time to consult with counsel and in order to allow the opportunity to meet with the Government to discuss the charges and review pre-indictment discovery;

(2)     The United States and the defendant have jointly represented that the parties desire additional time to discuss a pre-indictment resolution to this matter, which would render any subsequent trial of this matter unnecessary; and

(3)     Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 21st day of September, 2012,

ORDERED that this action be, and it hereby is, continued from September 25, 2012 through and including November 26, 2012; and it is further

ORDERED that the period from September 25, 2012 through and including November 26, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge

- 2 -

Davis Law Firm LLC      Fax:605-587-9109      Sep 20 2012 00:40pm P004/004

Form and entry
consented to:

_____
Eric W. Moran
Matthew J. Skahill
Assistant U.S. Attorneys

_____
Mark Davis, Esq.
Counsel for Tony Mack

_____
Brian Reilly, Esq.
Counsel for Joseph A. Giorgianni

_____
John Hartmann, Esq.
Counsel for Ralphiel Mack

- 3 -

Form and entry
consented to:


_____
Eric W. Moran
Matthew J. Skahill
Assistant U.S. Attorneys


_____
Mark Davis, Esq.
Counsel for Tony Mack


_____
Brian Reilly, Esq.
Counsel for Joseph A. Giorgianni


_____
John Hartmann, Esq.
Counsel for Ralphiel Mack
9-26-2012